UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KESTER, | No. 2:20-cv-1516 AC P |
| Plaintiff, | |
| v. | ORDER |
| KOKOR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed September 8, 2021, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for period of 120 days. ECF No. 18. That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendant now requests to opt out of the Post-Screening ADR Project. ECF No. 19. Having reviewed the request, the court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to opt out of the Post-Screening ADR Project, ECF No. 19, is GRANTED;

2. The stay of this action, commencing September 8, 2021, ECF No. 18, is LIFTED;

////

1

3.  Defendant shall file and serve a response to the complaint within twenty-one days after the filing date of this order.

DATED: October 22, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE