IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES KESTER,** | Case No. 2:20-cv-1516 JAM AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **KOKOR,** | |
| Defendant. | |

Good cause appearing, Defendant's Motion to Modify the Discovery and Scheduling Order (ECF No. 35) is granted. The deadline for filing and serving pretrial dispositive motions is extended from June 10, 2022 to August 9, 2022, for all parties to this action. All other provisions of the Court's November 22, 2021 Discovery and Scheduling Order remain the same.

**IT IS SO ORDERED.**

DATED: June 1, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE