1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JAMES KESTER,                              No.  2:20-cv-1516 JAM AC P

12                    Plaintiff,

13            v.                                   ORDER

14      KOKOR, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

18   § 1983, has filed a notice regarding his access to his legal paperwork.  ECF No. 38.  He states that

19   his paperwork and property are not being brought to him and requests that the court make a call to

20   the prison so that he can be prepared for the trial set for June 10, 2022.  Id.

21          The court does not make calls to address issues plaintiff may be having at the prison, and

22   this request will be denied.  If plaintiff is experiencing difficulties or unreasonable delays in

23   obtaining access to his property, including legal paperwork, he should use the prison appeals

24   process to address the issue.  Plaintiff may also request extensions of time for any deadlines that

25   he is unable to meet due to the delay in accessing his paperwork.  Should plaintiff continue to

26   experience unreasonable denials or delays in accessing his legal paperwork, he may request

27   intervention by the court.  Any such request must be accompanied by evidence of plaintiff's

28   attempts to resolve the issue using the prison appeals process and the responses he has received.

                                                    1

1   Finally, plaintiff is advised that this case has not yet been set for trial.  To the extent plaintiff is

2   seeking an extension of the June 10, 2022 deadline for filing motions for summary judgment, that

3   date was recently extended to August 9, 2022, and the request will be denied as moot.

4           Accordingly, IT IS HEREBY ORDERED that:

5       1.  Plaintiff's request for the court to call the prison (ECF No. 38) is DENIED.

6       2.  Plaintiff's request for an extension of time (ECF No. 38) is DENIED as moot.

7   DATED: June 8, 2022

8   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28