UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>KOKOR, et al.,<br><br>    Defendants. | No. 2:20-cv-1516 JAM AC P<br><br><br><u>ORDER</u> |

      Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed a motion requesting that the court deny any motions for summary judgment or extensions of time. ECF No. 40. There are currently no summary judgment motions before the court, and it appears from the content of his motion that plaintiff seeks a blanket denial of any summary judgment motions defendant may file in the future. Defendant is entitled to file any motions contemplated by the Federal Rules of Civil Procedure, and the court has no authority to deny motions in advance. If a motion for summary judgment is filed, plaintiff must oppose that motion and respond to its specific arguments. The undersigned will then consider all parties' positions and submit findings and recommendations to the assigned district judge. The request to deny any motions for summary judgment will therefore be denied.

      To the extent plaintiff also seeks to bar any requests for extension of time, the motion will also be denied. The court will consider requests for extensions of time on a case-by-case basis

1

and grant or deny them based on the circumstances presented at the time.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to deny any motions for summary judgment or extension of time (ECF No. 40) is DENIED.

DATED: June 15, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE