UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>KOKOR, et al.,<br><br>    Defendants. | No.  2:20-cv-1516 DAD AC P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendant's motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 47) is granted; and

2. Plaintiff is granted sixty days from the service of this order in which to file an opposition to defendant's motion for summary judgment.

DATED: September 19, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE