UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KESTER,<br><br>        Plaintiff,<br><br>    v.<br><br>KOKOR, et al.,<br><br>        Defendants. | No. 2:20-cv-1516 DAD AC P<br><br><br>ORDER |

Plaintiff has filed a second motion for a sixty-day extension of time to file a response to defendant's motion for summary judgment. Good cause appearing, the motion will be granted. However, no further extensions of time shall be granted absent a showing of extraordinary circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 50) is GRANTED; and

2. Plaintiff shall have sixty days from the service of this order to file his response to defendant's motion for summary judgment.

DATED: December 9, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE