UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KESTER,<br><br>Plaintiff,<br><br>v.<br><br>KOKOR, et al.,<br><br>Defendants. | No. 2:20-cv-1516 DAD AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2022, defendant filed a motion for summary judgment. ECF No. 44. Plaintiff has been granted two sixty-day extensions of time to file his response to the motion. ECF Nos. 48, 51. The deadline for filing a response has now passed, and plaintiff has not opposed the motion. Plaintiff will be provided one final opportunity to file his opposition to the motion for summary judgment and is cautioned that failure to file an opposition will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a

////

////

1

statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: February 27, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE