UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KESTER, | No. No. 2:20-cv-1516 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| KOKOR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 27, 2023, the court provided plaintiff one final, fourteen-day extension of time to file an opposition to defendant's motion for summary after he failed to file a response despite receiving two sixty-day extensions.  ECF No. 52.  The same day, the court received plaintiff's third motion for a sixty-day extension of time, which was not entered on the docket until the following day.  ECF No. 53.

In granting plaintiff's second request for an extension of time, the court cautioned that no further extensions would be granted absent a showing of extraordinary circumstances.  ECF No. 51.  Plaintiff now asserts that due to being moved numerous times and housed in administrative segregation he has been denied access to his property and the law library, leaving him unable to respond to the motion for summary judgment.  ECF No. 53.  He further asserts that he is currently unable to access he materials because he is awaiting transfer yet again.  Id.

In light of plaintiff's representations, defendant will be required to respond to plaintiff's allegations regarding his access to his legal property and the law library.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, defendant shall respond to plaintiff's claims regarding his access to his legal property and the law library.

DATED: March 1, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE