IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES KESTER,** | Case No. 2:20-cv-1516 DAD AC P |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **KOKOR, et al.,** | |
| Defendants. | |

Defendant Dr. Kokor ("Defendant") has filed an *Ex Parte* motion for a two-day extension of time to file a reply in support of Defendant's Motion for Summary Judgment, and for leave to exceed the Court's ten page limit.  Good cause appearing, Defendant's request is **GRANTED**.

Defendant may file a reply in support of Defendant's Motion for Summary Judgment on or before May 10, 2023, in excess of the ten page limit.

**IT IS SO ORDERED**.

DATED: May 9, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE